DISMISS; Opinion issued January 8, 2013



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01587-CV

AMERISOUTH MANAGEMENT, L.P., Appellant

V.

SABINO ARANA, Appellee

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-2302

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers

The Court has before it appellant's motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a).

We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

121587F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMERISOUTH MANAGEMENT, L.P.,
Appellant

No. 05-12-01587-CV      V.

SABINO ARANA, Appellee

Appeal from the 193rd Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
12-2302).
Opinion delivered per curiam before Chief
Justice Wright and Justices Francis and
Lang-Miers.

     Based on the Court's opinion of this date, this appeal is **DISMISSED**. The parties are **ORDERED** to bear their own costs of this appeal.

Judgment entered January 8, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE